United States District Court
Southern District of Texas
**ENTERED**
November 25, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| In Re: OFFICE OF ATTORNEY GENERAL, CHILD SUPPORT PROCESSING | ) ) ) ) |
| VS. | ) MISC. ACTION NUMBER ) ) M-11-38 |
| JESUS MARIA LOZANO | ) |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Movant's cause of action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry Number 3 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Movant.

DONE on this 24th day of November, 2020, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE